## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Nested Bean, Inc.,<br><br>       Plaintiff,<br><br>  v.<br><br>U.S. Consumer Product Safety Commission, *et al.*,<br><br>       Defendants. | Case No. 1:25-cv-00389-RGA |

**Defendants' Unopposed Motion for Extension of Time to Respond to Complaint**

Defendants move under Federal Rule of Civil Procedure 6(b)(1) and Local Rule 16.4 for an eight-week extension of time to respond to Plaintiff's Complaint. This is Defendants' first request for an extension of time in this matter. As set forth below, good cause exists for this request.

1. Plaintiffs commenced this lawsuit on March 28, 2025. *See* ECF No. 1.

2. Defendants' response to the Complaint is currently due June 10, 2025. *See* Fed. R. Civ. P. 12(a)(2).

3. The parties have been discussing possibilities for resolving this matter without further litigation. The requested extension would allow additional time for those discussions to continue before Defendants are required to respond to Plaintiff's Complaint.

4. Defendants' counsel conferred with Plaintiff's counsel, who represented that Plaintiff does not oppose the requested extension.

For these reasons, Defendants respectfully request that the Court extend their deadline to respond to the Complaint to August 5, 2025.

| | |
|---|---|
| Dated: June 6, 2025 | Respectfully submitted, |
| SHANNON T. HANSON<br>Acting United States Attorney<br>District of Delaware | YAAKOV M. ROTH<br>Acting Assistant Attorney General<br>Civil Division |
| CLAUDIA L. PARE<br>Assistant United States Attorney<br>Office of the United States Attorney<br>District of Delaware<br>U.S. Attorney's Office<br>1313 N. Market Street<br>Wilmington, DE 19801<br>(302) 573-6277<br>claudia.pare@usdoj.gov | LISA K. HSIAO<br>Acting Director<br><br>JAMES W. HARLOW<br>Acting Assistant Director<br><br>*/s/ David H. Hixson*<br>ISAAC C. BELFER (D.C. Bar No. 1014909)<br>DAVID H. HIXSON (Ill. Bar No. 6289751)<br>Trial Attorneys<br>Consumer Protection Branch<br>Civil Division<br>U.S. Department of Justice<br>P.O. Box 386<br>Washington, DC 20044-0386<br>(202) 305-7134 (Belfer)<br>(202) 449-8070 (Hixson)<br>(202) 514-8742 (fax)<br>Isaac.C.Belfer@usdoj.gov<br>David.H.Hixson@usdoj.gov<br><br>*Counsel for Defendants* |