# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Nested Bean, Inc., | |
| Plaintiff, | |
| v. | Case No. 1:25-cv-00389-RGA |
| U.S. Consumer Product Safety Commission, *et al.*, | |
| Defendants. | |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO COMPLAINT

Defendants move under Federal Rule of Civil Procedure 6(b)(1) and Local Rule 16.4 for a 30-day extension of time to respond to Plaintiff's Complaint until September 4, 2025. Good cause exists for this request, as follows:

1. Plaintiff commenced this lawsuit on March 28, 2025. *See* D.I. 1. On June 9, 2025, this Court extended Defendants' deadline to respond to the Complaint until August 5, 2025, so the parties could discuss a resolution of this matter without further litigation.

2. Since then, the parties have exchanged settlement proposals and conferred via videoconference. Those conversations were productive, and the parties agree that discussions should continue. To allow the parties additional time to focus efforts on a potential resolution, Defendants respectfully request that the Court extend their deadline to respond to the Complaint to September 4, 2025.

3. Defendants' counsel conferred with Plaintiff's counsel, who represented that Plaintiff does not oppose the requested extension.

Accordingly, Defendants respectfully request an extension to September 4, 2025, of their deadline to file a response to Plaintiff's Complaint. A proposed order is attached.

Dated: July 29, 2025

JULIANNE E. MURRAY
United States Attorney

/s/ Claudia L. Pare
CLAUDIA L. PARE
Assistant United States Attorney
Office of the United States Attorney
District of Delaware
U.S. Attorney's Office
1313 N. Market Street
Wilmington, DE 19801
(302) 573-6277
claudia.pare@usdoj.gov

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney
 General
Civil Division

LISA K. HSIAO
Acting Director

JAMES W. HARLOW
Acting Assistant Director

/s/ David H. Hixson
ISAAC C. BELFER (D.C. Bar No. 1014909)
DAVID H. HIXSON (Ill. Bar No. 6289751)
Trial Attorneys
Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386
(202) 305-7134 (Belfer)
(202) 449-8070 (Hixson)
(202) 514-8742 (fax)
Isaac.C.Belfer@usdoj.gov
David.H.Hixson@usdoj.gov

*Counsel for Defendants*