# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| Nested Bean, Inc., <br><br> Plaintiff, <br><br> v. <br><br> U.S. Consumer Product Safety Commission, *et al.*, <br><br> Defendants. | Case No. 1:25-cv-00389-RGA |

## DEFENDANTS' MOTION TO EXCEED PAGE LIMITATION

Defendants move under Local Rule 7.1.3(a)(4) and the Court's Standing Order Regarding Briefing in All Cases for leave to file a brief in support of their motion to dismiss that exceeds the 20-page limit.

1. On March 28, 2025, Plaintiff filed its seven-count Complaint against Defendants, who include four federal agencies and individuals at those agencies. *See* D.I. 1.

2. Specifically, the Complaint asserts (a) three claims under the Administrative Procedure Act against the U.S. Consumer Product Safety Commission; (b) *ultra vires* and due process claims against a former member of the Commission, Richard Trumka; (c) a constitutional challenge to the Consumer Product Safety Act; and (d) an *ultra vires* claim against the Department of Health and Human Services, the Centers for Disease Control and Prevention, and the National Institutes of Health.

3. Defendants seek leave to file a brief in support of their motion to dismiss that is no longer than 30 pages, exclusive of the cover page, table of contents, and table of authorities. A

brief in excess of the limitation is necessary to adequately address the legal issues raised by the range of claims Plaintiff asserts challenging a variety of conduct by different Defendants.

4. Defendants' counsel conferred with Plaintiff's counsel, who declined to provide a position on this motion.

Accordingly, Defendants respectfully request that the Court set the page limitation for Defendants' brief in support of their motion to dismiss at 30 pages. A proposed order is attached.

Dated: August 28, 2025

JULIANNE E. MURRAY
United States Attorney

*/s/ Claudia L. Pare*
CLAUDIA L. PARE
Assistant United States Attorney
Office of the United States Attorney
District of Delaware
U.S. Attorney's Office
1313 N. Market Street
Wilmington, DE 19801
(302) 573-6277
claudia.pare@usdoj.gov

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

YAAKOV M. ROTH
Principal Deputy Assistant Attorney
 General
Civil Division

LISA K. HSIAO
Acting Director

JAMES W. HARLOW
Acting Assistant Director

*/s/ David H. Hixson*
DAVID H. HIXSON (Ill. Bar No. 6289751)
ISAAC C. BELFER (D.C. Bar No. 1014909)
Trial Attorneys
Consumer Protection Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386
(202) 449-8070 (Hixson)
(202) 305-7134 (Belfer)
(202) 514-8742 (fax)
David.H.Hixson@usdoj.gov
Isaac.C.Belfer@usdoj.gov

*Counsel for Defendants*