# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Nested Bean, Inc.,<br><br>                    Plaintiff,<br><br>     v.<br><br>U.S. Consumer Product Safety Commission, *et al.*,<br><br>                    Defendants. | Case No. 1:25-cv-00389-RGA |

## JOINT MOTION FOR ENTRY OF PROPOSED SCHEDULING ORDER

The parties jointly move under Federal Rule of Civil Procedure 6(b)(1) and Local Rule 16.4 for entry of a scheduling order related to Defendants' forthcoming motion to dismiss Plaintiff's First Amended Complaint, as follows:

1. Plaintiff Nested Bean Inc. filed its eleven-count, First Amended Complaint on October 20, 2025, alleging violations of the Administrative Procedure Act and *ultra vires* and due process claims against Defendants. *See* D.I. 30. Defendants' response to the First Amended Complaint is currently due November 26, 2025. *See* D.I. 33.

2. The parties have conferred and respectfully propose briefing deadlines related to Defendants' forthcoming motion to dismiss the First Amended Complaint. Under the parties' proposed schedule, Defendants' motion and supporting brief would be due December 19, 2025, Plaintiff's opposition brief would be due January 30, 2026, and Defendants' reply brief would be due February 20, 2026.

3. The parties believe the proposed schedule appropriately reflects the time needed to adequately address the number and nature of the claims at issue in this case.

Accordingly, the parties respectfully move for entry of the attached proposed scheduling order related to Defendants' forthcoming motion to dismiss Plaintiff's First Amended Complaint.

Dated: November 18, 2025

/s/ *William E. Green, Jr.*
William E. Green, Jr. (Bar No. 4864)
M. Jane Brady (Bar No. 1)
Halloran Farkas + Kittila LLP
5722 Kennett Pike
Wilmington, Delaware 19807
Phone: (302) 268-6875
Fax: (302) 257-2019
Email: wg@hfk.law

/s/ *Loren A. Seehase*
Loren A. Seehase*
Hawaii Bar No. 10414
Pacific Legal Foundation
4440 PGA Blvd., Suite 307
Palm Beach Gardens, Florida 33410
Phone: (916) 530-9060
Fax: (916) 419-7747
Email: LSeehase@pacificlegal.org

/s/ *Bridget Conlan*
Bridget Conlan*
Illinois Bar No. 6348769
Pacific Legal Foundation
3100 Clarendon Blvd., Suite 1000
Arlington, Virginia 22201
Phone: (202) 888-6881
Fax: (916) 419-7747
Email: BConlan@pacificlegal.org

*Counsel for Plaintiff Nested Bean, Inc.*
**Admitted pro hac vice*

Respectfully submitted,

BRETT A. SHUMATE
Assistant Attorney General

JORDAN C. CAMPBELL
Deputy Assistant Attorney General

SARMAD M. KHOJASTEH
Senior Counsel
Civil Division

LISA K. HSIAO
Acting Director

JAMES W. HARLOW
Acting Assistant Director

/s/ *David H. Hixson*
DAVID H. HIXSON (Ill. Bar No. 6289751)
ISAAC C. BELFER (D.C. Bar No. 1014909)
Trial Attorneys
Enforcement & Affirmative Litigation
 Branch
Civil Division
U.S. Department of Justice
P.O. Box 386
Washington, DC 20044-0386
(202) 449-8070 (Hixson)
(202) 305-7134 (Belfer)
(202) 514-8742 (fax)
David.H.Hixson@usdoj.gov
Isaac.C.Belfer@usdoj.gov

JULIANNE E. MURRAY
United States Attorney

CLAUDIA L. PARE
Assistant United States Attorney
Office of the United States Attorney
District of Delaware
U.S. Attorney's Office
1313 N. Market Street

2

Wilmington, DE 19801
(302) 573-6277
claudia.pare@usdoj.gov

*Counsel for Defendants*